UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHADLEN DEWAYNE SMITH,<br><br>               Plaintiff,<br><br>    v.<br><br>JUSTIN BANGS; C. WADE; J. PROCTOR; MATTHEW SIMMONS; LESLIE DUNCAN; JOHN DOES I–X; and JANE DOES I–X,<br><br>               Defendants. | Case No. 2:22-cv-00426-BLW<br><br>**ORDER FOR IN FORMA PAUPERIS STATUS AND WITHDRAWAL OF INMATE FILING FEE FROM JAIL TRUST ACCOUNT** |

      Plaintiff, an inmate in the custody of the Kootenai County Jail, has filed a Complaint in the United States District Court for the District of Idaho and an Application to Proceed in Forma Pauperis. Good cause appearing from the documentation Plaintiff has submitted, the Court will grant the Application. The filing fee of **$350.00** will be deducted from Plaintiff's jail trust account in increments until the fee is paid in full, as the in forma pauperis statute requires, regardless of whether the case is authorized to proceed or is dismissed. *See* 28 U.S.C. § 1915(b)(1).

      Plaintiff has not been assessed an initial partial filing fee. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is obligated to make monthly payments of 20 percent

of the preceding month's income credited to Plaintiff's account. *See* 28 U.S.C. § 1915(b)(2).

Pursuant to 28 U.S.C. § 1915(b)(2), the agency having custody of Plaintiff is required to send to the Clerk of Court payments from Plaintiff's jail trust (commissary) account each time the amount in the account exceeds $10.00, until the statutory filing fee of $**350.00** is paid in full.

If Plaintiff has more than one Order for Payment of Inmate Filing Fee pending, then the law requires that Plaintiff pay towards as many of the outstanding fee orders as Plaintiff can afford each month, using the above formula for each case. *See Bruce v. Samuels*, 136 S. Ct. 627 (2016) (rejecting the view that an inmate with multiple lawsuits is entitled to have the fee deducted for only one lawsuit at a time). Because multiple outstanding fee orders at 20% could equal 100% of an inmate's income (especially if other obligations such as victim compensation and child support are deducted each month), then payments must be forwarded to satisfy up to the first five orders simultaneously until at least one is satisfied in full, and then payment on the sixth and any subsequent orders can begin to be deducted from the inmate's account.

**IT IS ORDERED:**

1. Plaintiff's Application for Leave to Proceed in Forma Pauperis (Dkt. 1) is GRANTED.

2. The Sheriff of Kootenai County or a designee will collect from Plaintiff's inmate trust account the **$350.00** balance of the filing fee and will forward payments to the Clerk of Court in accordance with 28 U.S.C. § 1915(b)(2). The payments must be clearly identified by the name and number assigned to this action. If multiple payments are forwarded to the Clerk of Court to satisfy filing fees in more than one case, each payment must be clearly identified by the name and number assigned to each action.

3. The Clerk of Court is directed to serve a copy of this order on the Sheriff of Kootenai County as follows:

> Robert Norris, Kootenai County Sheriff
> Attn: Inmate Accounts
> 5500 N. Government Way
> Coeur d'Alene, Idaho 83815.

DATED: October 21, 2022

B. Lynn Winmill
U.S. District Court Judge