U.S. COURTS

NOV 03 2022

Revd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

22-CV-426

Dear Clerk of Court, Re: Smith V. Bangs
Case No. 2:22-CV-00426-BLW

On Oct 14, 2022 I received correspondance from you which had my Order of Conditional Filing enclosed. On the page with my name and address, the top left corner says: "Case: 2:22cv426 Document(s): 4". My- The envelope is stamped with: "Received at KCPSB unsealed/Damaged".

I received three (3) pages which were the name and address page, Order of Conditional Filing, and a Pro Se Litigants FAQs.

Was this everything that was ex sent to me or was there actually a 4th document as stated on the name and address page?

Thank you for your time and attention in responding to this letter in advance.

Sincerely,
Chad Smith

Chadlen DeWayne Smith
Kootenai Public Safety Building
5500 N. Government Way - PO Box 9000
Coeur d'Alene, Idaho 83816

Chadlen DeWayne Smith
Kootenai Public Safety Building
5500 N. Government Way - PO Box 9000
Coeur d'Alene, ID 83816

SPOKANE WA 990
1 NOV 2022 PM 3 L

neopost
11/01/2022
US POSTAGE $000.57⁰
ZIP 83814
041M112251394

FIRST-CLASS MAIL

U.S. 2:22-CR-23-BLW
District of Idaho

SCANNED
NOV 03 2022
RECEIVED

United States Courts
Clerk of Court
550 W. Fort St.
Boise, Idaho 83724

83724-
LEGAL ONLY