U.S. COURTS

DEC 14 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Dear Clerk of Court,

Re: Case No. 2:22-CV-00426-BLW

I am the Plaintiff, Chadlen DeWayne Smith, Pro Se in the above entitled case and wish to inform this court of my address change. The following is my current mailing address:

Chadlen DeWayne Smith #97703
ISCI B49B
P.O. Box 14
Boise, ID 83707

Thank you for getting this updated.
Lastly, I sent an extra copy of my complaint when I filed it to get it stamped as filed and with a case number to be returned to me for my record. I have not gotten this sent back to me as of the writing of this letter. Thanks.

Sincerely,

Chad Smith

Chadler DeWayne Smith #97703
ISCI B49B
P.O. Box 14
Boise, ID 83707

BOISE ID 837
12 DEC 2022 PM 2
Barn Swallow
FOREVER USA

U.S. MARSHALS
District of Idaho
DEC 14 2022

United States Courts
Clerk of Court
550 W. Fort St.
Boise, ID 83724
83724—