UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHADLEN DEWAYNE SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>JUSTIN BANGS; C. WADE; J. PROCTOR; MATTHEW SIMMONS; LESLIE DUNCAN; JOHN DOES I–X; and JANE DOES I–X,<br><br>                Defendants. | Case No. 2:22-cv-00426-REP<br><br>**ORDER REQUIRING ACTION BY PLAINTIFF** |

Plaintiff is proceeding in forma pauperis in this civil action. Plaintiff is also proceeding pro se at this time, although the Court has been attempting to find pro bono counsel for Plaintiff. *See* Dkt. 9 at 11–12.

Defendants have not waived service. Accordingly, pursuant to the Court's Initial Review Order (*see id*. at 14), **IT IS ORDERED** that, within 90 days after entry of this Order, Plaintiff must provide the Court with the physical service addresses of Defendants. If Plaintiff does not do so, this case may be subject to dismissal without prejudice.

DATED: April 3, 2023

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge