April 24th, 2023

Dear Clerk of Court,

Re: Case No. 2:22-cv-00426-REP

Please note the following change with my mailing address:
Chadlen DeWayne Smith #97703
ISCC PO Box 70010
Boise, Id 83707

This letter is in response to Judge Patricco's Order Requiring Action By Plaintiff dated April 3, 2023 to provide this Court with physical service addresses of Defendants.

To the best of Plaintiff's knowledge the following is true and correct:

Defendant Police Officers Justin Bangs, C. Wade, and J. Proctor can be served at the Coeur d'Alene City Police Department at 3818 Schreiber Way Coeur d'Alene, Id 83814;

Defendant City Prosecutor Matthew Simmons can be served at the Prosecuting Attorney's Office 710 E Mullan Ave Coeur d'Alene, Id 83814 where the Clerk of Court sent the Complaint, Order, and Waiver of Service of Summons to Randy Adams already;

Defendant Kootenai County Commissioner Leslie Duncan can be served at the Kootenai County Commissioners Building 451 N. Government Way Coeur d'Alene, Id 83814.

Thank you.

Respectfully,

Chad Smith

Chad Smith

Inmate Name Chadlen Smith
Inmate No. 97703 Housing Unit E1
IDAHO DEPARTMENT OF CORRECTIONS
Institution ISCC
Address PO Box 70010
City Boise State ID Zip 83707
INMATE CORRESPONDENCE

# LEGAL MAIL

Legal Mail

Case No. 2:22-cv-00426-REP
Reply to Order Requiring Physical
Addresses of Defendants

BOISE MARSHALS
District of Idaho
26 APR. 2023 PM 2 L

APR 28 2023

EXAMINED

United States Courts
Clerk of the Court
550 W. Fort St.
Boise, Id 83724

83724-

