UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHADLEN DEWAYNE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN BANGS; C. WADE; J. PROCTOR; MATTHEW SIMMONS; LESLIE DUNCAN; JOHN DOES I–X; and JANE DOES I–X,<br><br>    Defendants. | Case No. 2:22-cv-00426-REP<br><br>**ORDER FOR SERVICE OF PROCESS** |

Plaintiff is a prisoner proceeding in forma pauperis in this matter. Pursuant to the Court's Order dated April 3, 2023, Plaintiff has submitted physical service addresses for Defendants Bangs, Wade, Proctor, Simmons, and Duncan. *See* Dkt. 11 & 12.

**ACCORDINGLY, IT IS ORDERED** that the Clerk of Court is directed to forward five copies of the Complaint (Dkt. 2), five copies of the Standard Disclosure and Discovery Order for Pro Se Prisoner Cases (Dkt. 8), five copies of the Initial Review Order (Dkt. 9), and five summonses to the United States Marshals Service. The United States Marshals Service is directed to serve Defendants Bangs, Wade, Proctor, Simmons, and Duncan at the addresses listed in Docket No. 12. Defendants' answers must be filed in accordance with Rule 12(a)(1)(A)(i).

DATED: May 2, 2023

Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge