U.S. COURTS

JUN 05 2023

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

5-31-23

Dear Clerk of Court,   Re: Case 2:22-cv-00426-REP

Can you please verify that you received my last letter in which I provided the physical service addresses of the Defendants as Ordered by Judge Patricco on April 3, 2023.

I would also like to please request a Docket Sheet so I can check the status of my case.

Thank you

Sincerely
Chad Smith
Chad Smith

Chadlen DeWayne Smith #97703
ISCC E1
PO Box 70010
Boise, Id 83707

Chadlen DeWayne Smith # 97703
ISCC E1
P.O. Box 70010
Boise, Idaho 83707

Access to Courts
Legal Mail LEGAL MAIL

Cases: 1:22-CV-00527-DCN
2:22-CV-00426-REP

BOISE ID 837
2 JUN 2023 PM 2

United States Courts
c/o Clerk of Court
550 W. Fort St.
Boise, Id 83724

U.S. MARSHALS
District of Idaho
JUN 05 2023
EXAMINED