Chadlen Smith #97703
Full Name/Prisoner Name

ISCC E1 34A
PO Box 70010
Boise, Idaho 83707
Complete Mailing Address

Plaintiff/~~Defendant~~ Pro Se
(~~circle one~~)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

CHADLEN DEWAYNE SMITH           )
Plaintiff/Petitioner,           )   CASE NO. 2:22-cv-00426-DCN
Full name(s)                    )
                                )
vs.                             )   MOTION FOR ADDITIONAL
                                )   THIRTY (30) DAY ENLARGEMENT
JUSTIN BANGS, et al.,           )   OF TIME TO FILE RESPONSE/
                                )   OBJECTION TO DEFENDANTS'
                                )   MOTION FOR SUMMARY JUDGEMENT
Defendant/Respondent(s),        )
Full name(s)                    )
                                )

    COMES NOW, Chadlen Smith, Plaintiff/~~Defendant~~ Pro Se (~~circle one~~) in the above entitled hereby moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an Order of an additional thirty (30) day enlargement of time for Plaintiff to file a response/objection to Defendants Motion for Summary Judgement for the following reasons.

    Plaintiff's criminal conviction was vacated on January 30, 2025.

    Plaintiff asks this Court to take Judicial Notice

Motion For Additional Thirty (30) Day
Enlargement of Time To File Response -pg. 1 of 3

Revised 3/24/16

of Supreme Court of Idaho, State v. Smith, 2025 Ida. Docket No. 49909.

The issues and restrictions Plaintiff has had regarding discovery and the ability to prepare and present relevant evidence will no longer exist upon Plaintiff's release from incarceration.

Plaintiff's expected release will be on February 10, 2025.

Plaintiff will have unrestricted access to the discovery received from Defendants.

Plaintiff has begun the process of mailing/shipping out his property, including legal documents necessary to further pursue this case.

Plaintiff will need this time to also request additional time to obtain Discovery, which has passed, and to release Plaintiff's Discovery to Defendants which has been unavailable to Plaintiff for the entirety of this case.

Plaintiff respectfully request this Court find good cause exists to allow Plaintiff this required additional time to file a response/objection to Defendants Motion for Summary Judgement.

Respectfully submitted this  5  day of  February  20 25 .

*Chad Smith*

Plaintiff/~~Defendant~~ (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the  5  day of  February ,20 25 , I mailed a true and correct copy of the Motion For Additional Thirty (30) Day Enlargement of Time To File response/objection to Defendants Motion For Summary Judgement  via ~~prison mail system for processing to the U.S. mail system to:~~ electronically through the CM/ECF system to be served to Defendents Attorney of record.

*Chad Smith*

Plaintiff/~~Defendant~~ (circle one)

Chadlen Smith, Pro Se

Motion For Addition Thirty (30) Day Enlargement of Time To File Response-pg. 3 of 3

Revised 3/24/16