<u>District Court filing Record</u>

Court: US District Court

Date submitted: 2/5/2025

Date filed: 2/5/2025

Case No.: 2:22-CV-00426-DCN

Inmate Name: Chadlen Smith

Inmate No.: 97703

Document Title: Motion for Additional Thirty (30) Day Enlargement of Time to File Response/Objection to Defendants' Motion for Summary Judgement

Total Pages: 3 (not including cover page)

Total: 1 of 1

Filed without inmate review: documents provided by Mr. Smith