Chadlen Smith
Kootenai Public Safety Building
5500 N. Government Way
PO Box 9000
Coeur d' Alene, ID 83816

U.S. COURTS
MAR 0 3 2025
Rcvd______Filed______Time______
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF IDAHO

CHADLEN DEWAYNE SMITH
Plaintiff

v.

JUSTIN BANGS et.al,
Defendants

Case No: 2:22-cv-00426-DCN

MOTION TO STAY/TOLL ALL DEADLINES AND ALL PROCEEDINGS

COMES NOW, Chadlen Smith, in the above entitled case hereby moves this Court for an Order to Stay/Toll all Deadlines currently set and any further Proceedings until Plaintiff is released from Kootenai County Jail into the community and/or returned to an IDOC facility pending the State's Motion to Reconsider filed with the Supreme Court of Idaho on Feb. 20, 2025 related to Plaintiff's Conviction Being Vacated on Jan 30, 2025 by the Supreme Court of Idaho, for the following reasons:

1) Plaintiff was transferred from IDOC to Kootenai County Jail under the pretext of being released on Feb 21st, 2025.

2) Plaintiff is without any of his legal work product, discovery materials, and frankly without anything or any documents related to this case.

3) Plaintiff cannot proceed with the pending Response/Objection to Defendants Summary Judgement at this point

4) Plaintiff is unaware if or when he will be getting released and/or returned to IDOC. To Plaintiff's understanding this could be around 14 days with an addition 28 day extention and then 1 to 2 weeks for the Idaho Supreme Courts answer.

5) Plaintiff has been told this Jail lacks the ability for Plaintiff to access the Discovery on Flash Drives even if Plaintiff were able to somehow get these from the IDOC Paralegal.

6) Plaintiff expects to be getting released within the next one and one half to two months pending the Idaho Supreme Courts final ruling. ~~[illegible]~~

7) Plaintiff has been experiencing difficulty getting the necessary Supplies to even get this Motion to the Court along with the Notice of Address change recently mailed to the Court. (Hopefully)

The above is true and correct to the best of Plaintiff's Knowledge.

DATED this 24 day of February 2025

Chad Smith

CERTIFICATE OF MAILING

I hereby certify that the true and correct copy of this Motion To Stay/Toll All Deadlines And All Proceedings was given to Jail Staff on 24 February, 2025 for mailing through the US Postal Service to:

Lake City Law Group
Katherine Brereton
435 W. Hanley Ave
Coeur d'Alene, Idaho 83816

Chad Smith
Plaintiff, Pro Se